83 So.2d 731

83 So.2d 709

Grady CROWDER

v.

STATE.

4 Div. 864.

Supreme Court of Alabama.

Nov. 28, 1955.

STATE of Alabama

v.

REYNOLDS METALS COMPANY.

8 Div. 813.

Supreme Court of Alabama.

Nov. 28, 1955.

Grady Crowder, petitioner pro se.

John Patterson, Atty. Gen., for the State.

SIMPSON, Justice.

Petition of Grady Crowder for certiorari to the Court of Appeals in Crowder v. State, 83 So.2d 731.

The Court of Appeals rendered no opinion in the case, and nothing is presented to this court inviting a review. Espey v. State, ante, p. 207, 82 So.2d 270.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and MAYFIELD, JJ., concur.